# United States Court of Appeals
## For the First Circuit

No. 01-2693

KENNETH CONLEY,

Petitioner, Appellee,

v.

UNITED STATES OF AMERICA,

Respondent, Appellant.

ERRATA

The opinion of this court issued July 15, 2002, should be amended as follows:

<u>In the Dissent</u>:

On page 14, second full paragraph, line 2, replace "<u>Brady</u>," with "<u>Brady</u>;".

On page 16, footnote 3, line 6, replace "(1st Cir. 1991)," with "(1st Cir.),".

On page 18, line 4, replace "decisions" with "decision".

On page 18, second full paragraph, line 1, replace "principal," with "principle,".